CHRISTOPHER BURKE, ESQ.
702 Plumas St.
Reno, Nevada 89509
Nevada Bar Number 4093
(775) 333-9277
attycburke@charter.net

MICHAEL LEHNERS, ESQ.
429 Marsh Ave.
Reno, Nevada 89509
Nevada Bar Number 003331
(775) 786-1695
email  michaellehners@yahoo.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

oOo

MERCEDES URBINA

    Plaintiff

vs.

NATIONAL BUSINESS FACTORS, INC.,

    Defendant
_____/

Case No. 3:17-cv-00385-    )-WGC

ORDER FOR DISMISSAL WITH PREJUDICE

THIS MATTER came before the Court on the stipulation between the parties to dismiss the Plaintiff's complaint with prejudice based upon the settlement agreement between the parties. The Court reviewed the matters before it. Good cause appearing therefore, the Court finds and Orders as follows:

IT IS HEREBY ORDERED that the stipulation is approved.

1

IT IS FURTHER ORDERED that the Plaintiff's complaint is dismissed with prejudice.

Dated: __2-2-21__                    Dated: __2-2-21__

_____            _____
Michael Lehners, Esq.                Robert Herman, Esq.
Attorney for Plaintiff               Attorney for Defendant

2

IT IS FURTHER ORDERED that the Plaintiff's complaint is dismissed with prejudice.

Dated: _____          Dated: __2-2-21__

_____          _/s/ Robert Herman_
Michael Lehners, Esq.                Robert Herman, Esq.
Attorney for Plaintiff               Attorney for Defendant

IT IS SO ORDERED

DATED: this _3rd_ day of _February_____, I.

_/s/ William G. Cobb_
UNITED STATES MAGISTRATE JUDGE